LOUISIANA PUBLIC UTILITIES CO., INC., Respondent, *v.*
ATLAS ASSURANCE CO., LTD., et al., Appellants.

(Argued November 28, 1933; decided December 12, 1933.)

*Frederick T. Case* for Atlas Assurance Co., Ltd., et al., appellants.

*D. I. Rosenblum* and *S. J. Rosenblum* for St. Paul Fire and Marine Insurance Company, appellant.

*Louis J. Wolff* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting. KELLOGG, J.